■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD A. BROWN, Appellant.

Assigned appellate counsel filed an *Anders/Saunders* brief *(see, Anders v California,* 386 US 738, *supra; People v Saunders,* 52 AD2d 833), claiming that the appeal was frivolous. Based upon our independent review of the record, appealable issues exist as to whether the display of a single photograph of the defendant to the complainant Theresa W. was impermissibly suggestive; if so, whether the photographic identification procedure tainted the complainant's subsequent identification

at a pretrial lineup; and whether there was an independent basis for her in-court identification of the defendant. Since nonfrivolous issues can be identified in the record, we must assign new counsel and reconsider the appeal de novo *(see, People v Casiano,* 67 NY2d 906; *People v Vasquez,* 70 NY2d 1, *rearg denied* 70 NY2d 748). Mangano, J. P., Kunzeman, Rubin, Kooper and Harwood, JJ., concur.